PS 8
(pawp 1/2005)

# UNITED STATES DISTRICT COURT

for

Western District Of Pennsylvania

U.S.A. vs. Kenneth Paul Stiffey Jr                    Docket No.    0315 2:10CR00166-003

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of defendant Kenneth Paul Stiffey, who was placed under pretrial release supervision by the Honorable Cathy Bissoon sitting in the COURT at Pittsburgh, PA, on the 25th day of August, 2010, under the following conditions:

The defendant shall report to Pretrial Services, refrain from the use or unlawful possession of a narcotic drug or other controlled substance, and submit to drug testing/treatment as directed by Pretrial Services. The defendant was ordered not to tamper with the drug testing results.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant submitted a urine sample on February 21, 2011, which tested positive for oxycodone.

    PRAYING THAT THE COURT WILL SCHEDULE A HEARING TO ADDRESS THE DEFENDANT'S NON-COMPLIANCE.

ORDER OF COURT

Considered and ordered this _____ day of _____, 2011, and ordered filed and made a part of the records in the above case.

_____
Honorable Maurice B. Cohill, Jr.
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 8, 2011

_Rebecca Guenther_
Rebecca Guenther
U.S. Pretrial Services/Probation Officer

_Kimberly D. Williams_
Kimberly D. Williams
Supervising U.S. Pretrial Services/Probation Officer

Place    Pittsburgh, PA